IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RICARDO DOUZE,**

    **Petitioner,**

vs.                                                          Case Number 4:05cv451-SPM/WCS

**ALBERTO GONZALES, et al.,**

    **Respondents.**

_____/

**REPORT AND RECOMMENDATION**

The *pro se* Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 alleging he had been held in detention for over six months and seeking release from custody pursuant to Zadvydas v. Davis, 533 U.S. 678 (2001). Respondents filed a motion to dismiss asserting that the case was moot because Petitioner had been released from detention. Doc. 4. An order was entered advising Petitioner that he could file a reply to the motion and expressly stating that the motion to dismiss would be granted if Petitioner did not file a reply. Doc. 5; *see also* N.D. Fla. Loc. R. 7.1(C)(1). The order noted that the case could be dismissed sooner if Petitioner filed a reply indicating his consent to the motion to dismiss. Doc. 5. Petitioner has not responded to the motion.

After asserting that Petitioner had been released, Respondents provided a different address for Petitioner on the certificate of service attached to the motion to dismiss.  Doc. 4.  The Clerk of Court mailed a copy of the Order to Petitioner at his address of record, and the address identified by Respondents.  Despite attempting to ensure Petitioner received the order and had the opportunity to file any objections he might have, nothing has been received from Petitioner.[1]  Thus, it must be assumed that Petitioner does not object to the motion and agrees that his case is moot.

In light of Petitioner's asserted release from custody, and because Petitioner has now received all the relief sought in the petition, Respondents' motion to dismiss, doc. 4, should be granted.  This § 2241 petition is now legally moot and should be dismissed as such.

It is respectfully **RECOMMENDED** that Respondents' motion to dismiss, doc. 4, be **GRANTED** and Petitioner Ricardo Douze's § 2241 petition, doc. 1, be **DISMISSED as moot** as Petitioner has been released from custody.

**IN CHAMBERS** at Tallahassee, Florida, on April 19, 2006.

      s/     William C. Sherrill, Jr.  
**WILLIAM C. SHERRILL, JR.**  
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The order which was sent to Petitioner's address of record, the location of his detention, was returned to the Court.  Doc. 6.  The other copy of the order was not returned as undeliverable.

Case Number 4:05cv451-SPM/WCS

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case Number 4:05cv451-SPM/WCS