# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**RICARDO DOUZE,**

    **Plaintiff,**

vs.                                                                                  4:05-CV-451-SPM

**ALBERTO GONZALES, et. al,**

    **Defendants.**

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 7) dated April 19, 2006. The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections have been filed to date.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The magistrate judge's report and recommendation (doc. 7) is adopted and incorporated by reference in this order.

2.  This case is *dismissed* as being moot due to Plaintiff's release from custody.

**DONE AND ORDERED** this <u>twenty-second</u> day of May, 2006.